UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDON ALLEN FOXX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-00154 |
| ) | PHILLIPS/GUYTON |
| KNOXVILLE POLICE DEPARTMENT, ) | |
| DAVID RAUSCH, THOMAS TURNER, ) | |
| RICHARD D. WHITE, JOHN PICKENS, ) | |
| PICKENS, JOHN A. MARTIN, JORDAN ) | |
| G. HENDERSON, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Come now the Plaintiff and the remaining Defendant, by and through counsel, and hereby stipulate dismissal of this proceeding. Each party shall be responsible for its own costs.

Respectfully submitted this 12th day of January, 2018.

/s/ A. Philip Lomonaco, BPR # 011579
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422
*Attorney for the Plaintiff*

/s/ Ronald E. Mills, BPR # 013348
Deputy Law Director
City of Knoxville
400 Main Avenue, Suite 699
Knoxville, TN 37902
(865) 215-2050
*Attorney for David Rausch*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2018, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Ronald E. Mills

## REPRESENTATION OF COUNSEL

I certify that all signatories have consented to the filing of this document.

s/ Ronald E. Mills

T:\LITIGATI\CIVILRT\Foxx, Brandon\Stipulation of Dismissal.doc